IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

ST. PAUL FIRE AND MARINE )
INSURANCE COMPANY, a Minnesota )
corporation, )
)
             Plaintiff, )      Case No. 03-1529-KI
)
      vs. )      ORDER
)
GREAT NORTHWEST TRANSPORT, )
INC., dba GREAT NORTHWEST )
TRANSPORT & LOGISTICS, INC., an )
Oregon corporation, et al., )
)
           Defendants. )

      Jan D. Sokol
      Stewart Sokol & Gray, LLC
      2300 S. W. First Avenue, Suite 200
      Portland, Oregon  97201-5047

         Attorney for Plaintiff

Ted A. Troutman
Muir & Troutman
16100 N. W. Cornell Road, Suite 200
Beaverton, Oregon 97006

John T. Husk
Seaton & Husk, LP
2240 Gallows Road
Vienna, VA 22182

   Attorneys for Defendants


KING, Judge:

This matter came before the court on St. Paul Fire and Marine Insurance Company's ("St. Paul") Motion for Order of Interpleader, requesting to interplead the bond proceeds of a Property Broker's Surety Bond, Bond No. 400SV0492, posted by St. Paul, as surety, and on behalf of Great Northwest Transport, Inc. (dba Great Northwest Transport & Logistics, Inc.) ("Great Northwest"), as principal, and requesting dismissal of St. Paul from the interpleader claim, discharge and exoneration of the bond, and an award of St. Paul's costs and attorneys' fees from the interplead proceeds.

Upon tender of the proceeds of the bond, St. Paul was dismissed with prejudice and awarded half of its requested attorneys' fees on March 17, 2004. St. Paul dismissed its claims against defendants Great Northwest and Douglas A. Stover on May 14, 2004. This court held a show cause hearing on March 9, 2005 but no defendant, other than Great Northwest, has made an appearance.

The court has discretion to award attorneys' fees and costs to be paid from the bond proceeds it interpleads. I have considered carefully whether to reduce funds available to

claimants, as claimants may have relied on the availability of a $10,000 bond.  I find it

 appropriate to pay the remaining balance of the requested fees and costs, and the supplemental

request for attorneys' fees (#31), from the bond proceeds based on the interpleader claim.  The

clerk of the court is directed to disburse from the registry of the court $1,886.75.  The check shall

be sent to plaintiff in care of Jan D. Sokol, Stewart Sokol & Gray, LLC, 2300 SW First Avenue,

Suite 200, Portland, Oregon 97201.

IT IS SO ORDERED.

Dated this ___6th___ day of April, 2005.


 /s/ Garr M. King
Garr M. King
United States District Judge